B 260
(1/88)

# United States Bankruptcy Court
## Eastern District of Virginia
_____Division

**In re**

                                                                    Bankruptcy Case No.

**Debtor**

**Plaintiff**

**v.**          Adversary Proceeding No.

**Defendant**

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: |
|---|
|   |

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Date: _____          _____
                                                                   Clerk, U. S. Bankruptcy Court

                                           By: _____
                                                               Deputy Clerk